IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| IN RE: | Case No. 12-32178-WRS |
| --- | --- |
| ASHLEY JACKSON<br>SSN: XXX-XX-6529 | Chapter 13 |
| Debtor(s) | |

**TRUSTEE'S NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS AT DOCKET # 49**

    COMES NOW, the Trustee, and hereby gives notice of withdrawal of TRUSTEE'S MOTION TO DISMISS AT DOCKET # 49 previously filed in this case.

Respectfully submitted Thursday, January 25, 2018.

                                              Sabrina L. McKinney
                                              Chapter 13 Standing Trustee

                                      By: /s/ *Sabrina L. McKinney*
                                              Sabrina L. McKinney
                                             Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of TRUSTEE'S MOTION TO DISMISS AT DOCKET # 49 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Thursday, January 25, 2018.

copy to: Debtor(s)
           Debtor(s) Attorney

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee